NO. 12-17-00369-CR

IN THE 12TH COURT OF APPEALS DISTRICT OF TEXAS
TYLER, TEXAS

IN RE:
MICHAEL A. KENNEDY, RELATOR
VS.
JAMES T. WORTHERN, Judge, et al.
12th COURT OF APPEALS.

FILED IN COURT OF APPEALS
12th Court of Appeals District
DEC - 1 2017  eLKM
TYLER TEXAS
PAM ESTES, CLERK

## RELATOR'S CIVIL RIGHTS COMPLAINT UNDER WRIT OF MANDAMUS AND NOT CRIMINAL

### I. LIST OF PARTIES

Michael Kennedy #1516203 Polunsky unit 3872 FM 350 South
Livingston, TX 77351

JAMES T. WORTHERN Judge, 12th Court of Appeals District
1517 W. Front St. Suite 354 Tyler, TX 75702

BRIAN J. Hoyle, Judge 12th Court of Appeals District
1517 W. Front St. Suite 354, Tyler, TX 75702

### I. QUESTIONS PRESENTED

The Judge James T. Worthern and Judge BRAIN J. Hoyle should Recuse themselve when they ARE a MAIN PARTY in Lawsuit Filed in the 3rd Judicial District Court of Anderson County, Texas

### I. JURISDICTION

Pursuant to Tex. Gov't Code. Sec. 74.054 and Tex. R. App. p. $16.1 and Tex. Gov't Code. Sec. 21.221,

### I. STATEMENT OF FACTS

The Judges Are party in a Lawsuit and Should Recuse themselve from the Lawsuit Field against the Judges
-1-  other side

# ARGUMENTS

The Judges James T. Worthern and Judge BRAIN Hoyle should Recuse themselve when they are parties to the suit and James T. worthern Main PARTY.

Due PROcess OF low under Tex. R. App. P. & 16.1 Required that the Judge should Recuse themselve and when the Matter is Filed directly to James T. worthern the sole, Main and direct Mainly Judge. Let should be noted that Judge not acting fair Allow Judges to Appoint counsel and deny 10 days to PRepare for trial is on you the Judge MARK A. Culhoun and the clerks ARE smiling and you ARE worken hard. You have a oppurtunity to correct you Error, mistakes, No 'indictment OR Reading in the trial court No. 29326. You Caused the Matter to be a denial of constitutions Rights to a fair trial.

# RELIEF

whereRefore the Judge should Recuse themselve in the pending civil lawsuit filed in the 3rd Judicial District court see Motion for Recusal OR correct the ERROR Made without an indictment in No. 29326 to the trial court and Tex. Court code. sec. 21. 221 allow you to correct and enforce your own Judyment based upon erred facts of no indictment in trial court Records OR Reading of indictment

Respectfully submitted
#Michuel A. Kennedy #1516303
Pulunsky unit 3872 fm 3145
Livingston, TX 77351

## CERTIficate of SERViCE

I, Michael A. Kennedy, hereby certify a true and correct copy to James T. worthern and Brain Hoyle Judge 13th App. Dist. court 1517 W. Front St. Suite 354 Tyler, TX 75702 on Novinber 27, 2017
Michael Kennedy